■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v XAVIER JACKSON, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on July 6, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO ACEVEDO, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on July 8, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.